UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHEMREX, INC.

Plaintiff,

-vs-

LYMTAL INTERNATIONAL, INC.

Defendant.

Case No. 01-1787
HON. RHK/JMM

## STIPULATION AND ORDER EXTENDING TIME FOR FILING ANSWER TO COMPLAINT

This matter having come before the Court on the stipulation of the parties and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the time in which Defendant must file its Answer to Complaint be, and the same is hereby extended until November 16, 2001.

10/29/01

U.S. DISTRICT COURT JUDGE

Approved as to form;

Katherine W. Schill

Katherine W. Schill
Michael Best & Friedrich, LLP
Attorneys for Plaintiff
100 East Wisconsin Ave.
Milwaukee, WI 53202-4108
(414) 271-6560

OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Alan G. Carlson
Merchant & Gould P.C.
Attorneys for Plaintiff
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300

Robert J. Pineau (P39386)
Kerr, Russell and Weber, PLC
Attorneys for Defendant
500 Woodward Avenue
Suite 2500
Detroit, MI 48226-3427
(313) 961-0200

f:\users\jgl\ymma\stiporder\temp-cnc2164.doc