**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chemrex, Inc.,

Plaintiff,

v.

Lymtal International, Inc. and
Lindley Laboratories, Inc.,

Defendants.

Civil No. 01-1787 (RHK/JMM)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT AND ORDER**

---

WHEREAS, Plaintiff has served an Amended Complaint herein; and

WHEREAS, in order to facilitate settlement discussions, the parties wish to extend the time for Defendant to submit an Answer or other response to the Amended Complaint;

IT IS HEREBY AGREED, by the undersigned counsel, subject to the approval of the court, that the Defendants may have until January 31, 2002, to serve an Answer or other response to the Amended Complaint herein.

FILED JAN 2 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MERCHANT & GOULD**

By________________________
Alan G. Carlson (#14801)
Jeff Ali (#247947)
80 South Eighth Street
Suite 3200
Minneapolis, MN 55402
(612) 332-5300

**MICHAEL BEST & FRIEDRICH, LLP**
Michael E. Husmann
Dyann L. Kostello
Katherine W. Schill
100 East Wisconsin Avenue
Milwaukee, WI 53202-4108
(414) 271-6560

**ATTORNEYS FOR PLAINTIFF**

Dated: 1·21, 2002

**MANSFIELD, TANICK & COHEN, P.A.**

By:________________________
Seymour J. Mansfield (#67271)
Stephen H. Parsons (#84219)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**MACCORD MASON, PLLC**
James L. Lester
Gilber J. Andia
1600 First Union Tower
300 North Greene Street
P. O. Box 2974
Greensboro, NC 27402
(336)273-4422

**ATTORNEYS FOR DEFENDANTS**

Dated: Jan 18, 2002

## ORDER

**So ordered.**

Date: 1/22/, 2002

**BY THE COURT:**

________________________
John M. Mason
United States Magistrate Judge

282187.1