**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Chemrex, Inc.,

Plaintiff,

v.

Lymtal International, Inc. and
Lindley Laboratories, Inc.,

Defendants.

Civil No. 01-1787 (RHK/JMM)

**STIPULATION FOR SECOND EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT AND ORDER**

---

WHEREAS, Plaintiff has served an Amended Complaint herein; and

WHEREAS, the parties have been engaged in earnest settlement negotiations for several months and the parties believe that these negotiations will result in a settlement of this matter; and

WHEREAS, in order to facilitate their settlement discussions, the parties wish to re-extend the time for Defendant to submit an Answer or other response to the Amended Complaint;

IT IS HEREBY AGREED, by the undersigned counsel, subject to the approval of the court, that the Defendants may have until February ~~28~~ 22 – JMM, 2002, to serve an Answer or other response to the Amended Complaint herein. No further extensions will be granted – JMM

FEB 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MERCHANT & GOULD**

By__________________________

Alan G. Carlson (#14801)
Jeffer Ali (#247947)
80 South Eighth Street
Suite 3200
Minneapolis, MN 55402
(612) 332-5300

**MICHAEL BEST & FRIEDRICH, LLP**

Michael E. Husmann
Dyann L. Kostello
Katherine W. Schill
100 East Wisconsin Avenue
Milwaukee, WI 53202-4108
(414) 271-6560

**ATTORNEYS FOR PLAINTIFF**

Dated: 1-31, 2002

**MANSFIELD, TANICK & COHEN, P.A.**

By:__________________________

Seymour J. Mansfield (#67271)
Stephen H. Parsons (#84219)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**MACCORD MASON, PLLC**

James L. Lester
Gilber J. Andia
1600 First Union Tower
300 North Greene Street
P. O. Box 2974
Greensboro, NC 27402
(336)273-4422

**ATTORNEYS FOR DEFENDANTS**

Dated: Jan. 31, 2002

# ORDER

**So ordered.**

Date: 2/6, 2002

**BY THE COURT:**

John M. Mason
United States Magistrate Judge

283447.1