139250

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1787 RHK/JMM Case Title: ChemRex, Inc. v. LymTal Int'l et al.

### Affidavit of Movant

I, Jeffer Ali ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Katherine W. Schill , an attorney admitted to practice in the Eastern District of Wisconsin ,but not admitted to the bar of this court, who will be counsel for [✔] plaintiff [ ] defendant ChemRex. Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 247947 3.1.02
Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Katherine W. Schill , am currently a member in good standing of the U.S. District Court for Eastern District of Wisconsin , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Katherine W. Schill [signature: Katherine W. Schill] 2/25/02
Type/Print Name Signature Date

Attorney License Number: Wisconsin State Bar Number 1025887
Law Firm Name & Address: Michael Best & Friedrich. LLP
100 E. Wisconsin Avenue. Suite 3300
Milwaukee. WI 53202
Telephone: 414-271-6560

Motion Granted: [signature] MAR 04 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK