139342

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1787 RHK/JMM Case Title: Chemrex v. Lymtal International, Inc.

### Affidavit of Movant

I, Stephen H. Parsons ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac James L. Lester , an attorney admitted to practice in the Middle District of North Carolina ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Lymtal International, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| S. H. Parsons | 84219 | March 20, 2002 |

### Affidavit of Proposed Admittee

I, James L. Lester , am currently a member in good standing of the U.S. District Court for Middle District of North Carolina , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| James L. Lester | James L. Lester | 31 December 2001 |

Attorney License Number: 15715

Law Firm Name & Address: MacCord Mason PLC
1600 First Union Tower, 300 North Green Street, P. O. Box 2974, Greensboro, NC 27402

Telephone: 336/273-4422

Motion Granted: Richard D. Sletten AML
For the Court: Richard D. Sletten, Clerk

MAR 22 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK