UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHEMREX, INC.,

Plaintiff,

v.

LYMTAL INTERNATIONAL, INC. and
LINDLEY LABORATORIES, INC.,

Defendants.

CIVIL NO. 01-1787 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon the Joint Motion for Modification of Pretrial Scheduling Order [Docket No. 10].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Joint Motion for Modification of Pretrial Scheduling Order [Docket No. 10] is denied.

Dated: February 8, 2002

JOHN M. MASON
United States Magistrate Judge

FILED FEB 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK