**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CHEMREX, INC.,**

Plaintiff,

v.

Case No. 01-1787 RHK/AJB

**LYMTAL INTERNATIONAL, INC. and LINDLEY LABORATORIES, INC.,**

Defendants.

---

**STIPULATION FOR AMENDMENT OF PRETRIAL SCHEDULING ORDER** AND ORDER

---

WHEREAS the Court issued a Pretrial Scheduling Order on January 8, 2002; and

WHEREAS the parties desire to submit this case to mediation;

IT IS HEREBY AGREED, by the undersigned cousel, subject to the Court's approval, that the Plaintiff may have until October 1, 2002 to serve expert reports pursuant to Fed. R. Civ. P. Rule 26(a) and the Defendants may have until November 1, 2002 to serve expert reports pursuant to Fed. R. Civ. P. Rule 26(a).

SEP 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 13 day of September, 2002.

Alan G. Carlson (14801)
Jeffer Ali (247947)
MERCHANT & GOULD
80 South Eighth Street
Suite 3200
Minneapolis, MN 55402
(612) 332-5300

Michael E. Husmann
Katherine W. Schill
MICHAEL BEST & FRIEDRICH, LLP
100 E. Wisconsin Avenue
Suite 3300
Milwaukee, WI 53217
(414 271-6560

Attorneys for Plaintiff
ChemRex, Inc.

Dated this 12nd day of September, 2002

By: ______________________________

Aaron F. Biber (189376)
Stephen H. Parsons (84219)
MANSFIELD TANICK & COHEN, P.A.
1560 International Centre
900 Second Avenue Soth
Minneapolis, MN 55402
(612) 339-4295

James L. Lester
Gilbert J. Andia, Jr.
MACCORD MASON PLLC
1600 First Union Tower
300 N. Greene St.
P.O. Box 2974
Greensboro, NC 27402
(336) 273-4422

Attorneys for Defendants
LymTal International and
Lindley Laboratories, Inc.

Attorneys for Defendants
LymTal Int'l and Lindley Laboratories, Inc.

**ORDER**

Based upon the foregoing Stipulation, and good cause having been shown,

**IT IS APPROVED AND SO ORDERED** this 16th day of September, 2002.

**BY THE COURT:**

Hon. Arthur J. Boylan
United States Magistrate Judge