Cv 01-1787 RHK/AJB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **April 1, 2003.** **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: November 8, 2002.

NOV 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | **Donna Sexton** | **Matthew Newman**<br>**952-226-1121** |
| | **vs CV 02-1098 RHK/AJB**<br>**COURT** | |
| | **Deloitte & Touche LTD Plan**<br>**et al** | **Diana Morrissey**<br>**Deborah Ellingboe**<br>**612-766-7000** |
| 2. | **Chemrex Inc.** | **Alan Carlson**<br>**Jeffer Ali**<br>**612-332-5300**<br><br>**Katherine Schill**<br>**414-271-6560** |
| | **vs CV 01-1787 RHK/AJB**<br>**COURT** | |
| | **Lymtal International Inc.**<br>**et al** | **Seymour Mansfield**<br>**Aaron Biber**<br>**612-339-4295**<br><br>**James Lester**<br>**336-273-4422** |