**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Chemrex, Inc.,

Plaintiff,

Civil No. 01-1787 (RHK/AJB)

vs.

**ORDER**

Lymtal International, Inc.,
Lindley Laboratories, Inc.,

Defendants.

---

The Court has been advised that the parties have concluded a mediated settlement in the above matter, but that the mechanics of the settlement have not yet been concluded. Accordingly, **IT IS ORDERED** that all proceedings herein are **STAYED** until March 1, 2003.

Dated: November 25, 2002

RICHARD H. KYLE
United States District Judge

NOV 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK