01-1787 RHK/AJB

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR APRIL, 2003 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning April 1, 2003. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By March 18, 2003:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By March 25, 2003:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By March 28, 2003: Responses to the Written Objections.

Dated: January 5, 2003

RICHARD H. KYLE
United States District Judge

FEB 05 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | Donna Sexton | Matthew Newman<br>952-226-1121 |
| | vs CV 02-1098 RHK/AJB<br>COURT | |
| | Deloitte & Touche LTD Plan<br>et al | Diana Morrissey<br>Deborah Ellingboe<br>612-766-7000 |
| 2. | Chemrex Inc. | Alan Carlson<br>Jeffer Ali<br>612-332-5300<br><br>Katherine Schill<br>414-271-6560 |
| | vs CV 01-1787 RHK/AJB<br>COURT | |
| | Lymtal International Inc.<br>et al | Seymour Mansfield<br>Aaron Biber<br>612-339-4295<br><br>James Lester<br>336-273-4422 |