**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Chemrex, Inc.,

Plaintiff,

Civil No. 01-1787 (RHK/AJB)

vs.

**ORDER**

Lymtal International, Inc.,
Lindley Laboratorics, Inc.,

Defendants.

---

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

**IT IS HEREBY ORDERED** that:

1. This Court's February 5, 2003 Order (Doc. No. 21) is **VACATED**; and

2. This action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 13, 2003

RICHARD H. KYLE
United States District Judge

FILED FEB 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______